UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Innocoll Holdings Public Limited Company Securities Litigation<br><br>CLASS ACTION<br><br>This Document Relates to<br>All Actions | Civil Action No.: 2:17-cv-00341-GEKP |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT INNOCOLL HOLDINGS PUBLIC LIMITED COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Innocoll Holdings Public Limited Company makes the following disclosure:

Morgan Stanley & Co., LLC (owned or controlled by Morgan Stanley) and CAM Investments Cayman Holdings LP (owned or controlled by Fortress Investment Group LLC) each own 10% or more of the stock of defendant Innocoll Holdings Public Limited Company.

Dated: July 17, 2017

Respectfully submitted,

**DENTONS US LLP**

/s/ Kenneth J. Pfaehler
Kenneth J. Pfaehler
(admitted pro hac vice)
Jason C. Reichlyn (317962)
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6468
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
jason.reichlyn@dentons.com

*Counsel for Defendants Innocoll Holdings Public Limited Company, Anthony P. Zook and Dr. Lesley Russell*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of July, 2017, I served the foregoing Rule 7.1 Disclosure Statement of Defendant Innocoll Holdings Public Limited Company by filing the same with the Court's CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

                                      /s/ Kenneth J. Pfaehler
                                          Kenneth J. Pfaehler

104245446