IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE INNOCOLL HOLDINGS PUBLIC LTD. CO. SEC. LITIG. | CIVIL ACTION<br><br>No. 17-341 |

# O R D E R

**AND NOW**, this 5th day of September, 2018, upon consideration of Defendants' Motion to Dismiss (Doc. No. 21), the responses and replies thereto (Doc. Nos. 29, 35), Plaintiffs' Motion to Exclude Declaration of David Schofield and Motion to Convert (Doc. No. 23), the responses and replies thereto (Doc. Nos. 24, 31, 33), and oral argument held on March 2, 2018, it is **ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 21) is **GRANTED**. Plaintiffs may file an amended complaint on or before 60 days from the date of this order.

2. Plaintiffs' Motion to Exclude Declaration of David Schofield and Motion to Convert (Doc. No. 23) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE