| | |
|---|---|
| IN RE INNOCOLL HOLDINGS PUBLIC LTD. CO. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 17-341 |

# ORDER

AND NOW, on this 24th day of March, 2020, upon consideration of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (Doc. No. 50), the Response in Opposition (Doc. No. 52), oral argument held on March 9, 2020, and the parties' supplemental briefing (Doc. Nos. 67, 68), it is **ORDERED** that:

1. Defendants' Motion to Dismiss the Second Amended Class Action Complaint (Doc. No. 50) is **DENIED** for the reasons set forth in the accompanying Memorandum.

2. If the parties wish to submit to the Court additional scheduling information to supplement the schedule proposed in the Joint Status Report of Rule 26(f) Meeting dated April 4, 2017, the parties may, if they so choose, submit a joint status report regarding scheduling on or before April 7, 2020.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**