IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE INNOCOLL HOLDINGS PUBLIC LTD. CO. SEC. LITIG. | : : : : : : : CIVIL ACTION<br><br>No. 17-341 |

**ORDER**

**AND NOW**, this 2nd day of December, 2021, upon consideration of the lead plaintiffs' Unopposed Motion for Entry of an Order Preliminarily Approving a Class Action Settlement and Establishing Notice Procedures (Doc. No. 121), it is **ORDERED** that:

1. The parties shall submit supplemental briefing and/or accompanying evidentiary documentation:

    a. Identifying any differences between the settlement class and the class proposed in the operative complaint and explaining why the differences are appropriate in this case.

    b. Identifying any differences between the claims to be released and the claims in the operative complaint and explaining why the differences are appropriate in this case.

    c. Estimating the number and/or percentange of class members who are expected to submit a claim in light of the experience of the selected claims administrator and/or counsel from other recent settlements of similar cases, identifying the examples used for that estimate, and explaining why those examples were chosen.

    d. Detailing the settlement administrator selection process, including the number of settlement administrators who submitted proposals and the methods of notice and claims payment those administrators proposed.

  e. Detailing the lead class counsel's firms' history of engagements with the proposed settlement administrator over the past two years and confirming that no party or counsel has any personal relationship to the proposed settlement administrator.

  f. Estimating the anticipated administrative costs, identifying who will pay those costs, and explaining the reasonableness of those costs in relation to the value of the settlement.

  g. Detailing at least one of lead class counsel's past comparable class settlements, including the total settlement fund, the total number of class members, the total number of class members to whom notice was sent, the methods of notice, the number and percentage of claim forms submitted, the average recovery per class member or claimant, the amounts distributed to each cy pres recipient, the administrative costs, and the attorneys' fees and costs.

2. Any supplemental briefs, revisions, and evidentiary documentation submitted in response to this Order shall be submitted to the Court on or before December 15, 2021.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE
